# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DIANA ST. MACARY, on behalf of herself and other similarly situated individuals<br><br>*Plaintiff(s)*<br>v.<br>JAMAICA HOSPITAL MEDICAL CENTER<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-9093   LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMAICA HOSPITAL MEDICAL CENTER
8900 Vanwyck Expressway
Queens, NY 11418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason L. Solotaroff
Amy Robinson
90 Broad Street, 2nd Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna Mahoney
*CLERK OF COURT*

Date:  12/12/2023
        X2/X1/2023

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*