**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIANE ST. MACARY, | |
| Plaintiff, | Case No.: 1:23-cv-09093-LB |
| v. | **NOTICE OF APPEARANCE** |
| JAMAICA HOSPITAL MEDICAL CENTER, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT Barbara E. Hoey of Kelley Drye & Warren LLP, hereby appears as counsel for Defendant Jamaica Hospital Medical Center in the above-captioned action and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon the undersigned at the office and address listed below.

Dated: January 11, 2024                    KELLEY DRYE & WARREN LLP

By: */s/ Barbara E. Hoey*
Barbara E. Hoey
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel.: (212) 808-7628
Fax: (212) 808-7897
BHoey@KelleyDrye.com

*Attorney for Defendant Jamaica Hospital Medical Center*