UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

DIANE ST. MACARY, on behalf of herself and
other similarly situated individuals,

                Plaintiff,

      -against-                                      Dkt. No.: 1:23-cv-9093

JAMAICA HOSPITAL MEDICAL CENTER

                Defendant.

-------------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF
## DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Diane St. Macary, by her attorneys Giskan Solotaroff & Anderson LLP, hereby accepts and provides notice that it has accepted Defendant's Offer of Judgment to Plaintiff dated September 11, 2024, attached hereto as Exhibit A.

Dated:     New York, New York
             September 13, 2024

                                        GISKAN, SOLOTAROFF & ANDERSON LLP

                                        /s
                                        _____
                           By:   Jason L. Solotaroff
                                90 Broad Street
                                New York, New York 10004
                                646-964-9604
                                jsolotaroff@gslawny.com
                                *ATTORNEYS FOR PLAINTIFF*