UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DIANA ST. MACARY, on behalf of herself and
other similarly situated individuals,

                Plaintiff,                JUDGMENT

v.                                            23-cv-9093(LB)

JAMAICA HOSPITAL MEDICAL CENTER,

                Defendant.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 13, 2024; and Defendant Jamaica Hospital Medical Center, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Diana St. Macary in the sum of Four Thousand Dollars ($4,000 (the "Judgment Amount")), said payment to be made promptly upon the court's entry of judgment; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Diana St. Macary and against Defendant Jamaica Hospital Medical Center in the sum of Four Thousand Dollars ($4,000 (the "Judgment Amount")), said payment to be made promptly upon the court's entry of judgment.

Dated:  Brooklyn, New York                                  Brenna B. Mahoney
          September 17, 2024                               Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk